# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Nolan Ford

Debtor.

_____/

CHAPTER 13
CASE NO. 22-42692-MLO
JUDGE Oxholm

## **AFFIDAVIT OF THE CHAPTER 13 TRUSTEE**

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )SS |
| COUNTY OF OAKLAND | ) |

David Wm. Ruskin, being first duly sworn, deposes and says as follows:

1. He is the duly appointed Trustee in the above captioned Chapter 13 proceedings.

2. PACER records and the records of the Trustee have been thoroughly reviewed with regard to this matter on July 6, 2022 before this Affidavit was signed.

3. On June 17, 2022, this Court entered its Order Adjourning Hearing Other Than §341 Meeting (ECF No. 32) that required Debtor to complete certain requirements by a specified date as itemized below, failing any of which, the case could be dismissed upon the filing of the Trustee's Affidavit without further notice or hearing. A review of PACER and the Trustee's records as of the date stated in the above paragraph indicates the following:

| ITEM TO BE COMPLETED | DEADLINE FOR COMPLETION | WAS ITEM COMPLETED BY DEADLINE IN ORDER? | WAS ITEM COMPLETED BY DATE IN PARAGRAPH 2 ABOVE? |
|---|---|---|---|
| Provide to the Trustee proof of full coverage insurance regarding the 2019 Chevy Camaro | June 23, 2022 | NO | NO |
| | | | |
| | | | |

    4.    The Trustee contacted Debtor's Counsel on June 24, 2022 requesting compliance with the Order. Debtor's Counsel advised the Trustee via email on July 5, 2022 that he had not received anything from his client.

**FURTHER AFFIANT SAYETH NOT.**

Subscribed and sworn to before me this
6th day of July, 2022.

___/s/ Vanessa Wild___
Vanessa Wild, Notary Public
Wayne County, Michigan. Acting in Oakland County
My commission expires on May 13, 2027

__/s/ David Wm. Ruskin__
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076
(248) 352-7755